UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  15-26130
John W. Forsythe and Maureen R. Forsythe )   (Jointly Administered)
)   Chapter: 13
)
)   Honorable Timothy A. Barnes
)
Debtor(s) )

## AGREED ORDER

THIS MATTER coming to be heard on the Motion of Michael Kelly on behalf of United States of America c/o IRS (DOCKET #28), THE COURT after due notice having been given and hearing thereon, having been fully advised of the matter herein:

IT IS HEREBY ORDERED:

1) The Motion to Dismiss the Chapter 13 case at Docket #28 is hereby withdrawn;

2) The Debtors agrees to pay $20,000.00 per month to the IRS directly to pay the balances on the 2015, 2016, and 2017 IRS Debt. Payments are due on the last day of each month starting April 30, 2018; The Debtors have made a payment in the amount of $30,000.00 to the IRS in March 2018 and made the second payment of $20,000.00 for April's 2018 payment pursuant to this agreed order.

3) Balances on the 2015, 2016, and 2017 IRS Debt incurred post-petition and not dischargeable herein.

4) The Debtors also agree to timely pay quarterly estimated tax payments for 2018 and future years while the Chapter 13 is still pending;

5) If the Debtors fail to perform the obligations in Clause 2 or 3 of this order, the Chapter 13 Plan shall be deemed in default. The IRS shall send a mailed notification notifying the Debtors that they have defaulted under the terms of this order and are therefore in default on their Chapter 13 Plan;

6) The Debtor shall have 14 days from the mailing of the notification described in the preceding sentence to cure in full the failure to fulfill a requirement(s) of this order;

7) The only allowable defense to the default as described herein shall be proof that the Debtor cured all unperformed requirements listed in the notification prior to the end of the 14 day period listed in the preceding subparagraph;

8) If the IRS gives notice of a default and the Debtor fails to cure that default within the period provided, the Debtor consents to the dismissal of this case upon motion by the United States. The Debtor shall have no defense to the Motion to Dismiss and agrees to ask for no continuances to the motion to dismiss.

Enter: _____

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: **10 MAY 2018**

**Prepared by:**
Joseph P. Doyle, Law offices of Joseph P Doyle, LLC.
105 S. Roselle Rd, Suite 203
Schaumburg IL 60193
(847) 985-1100
Joe@fightbills.com

Rev: 20170105_bko